982

No. 93–6204. BYRD v. CUBBAGE. C. A. 3d Cir. Certiorari denied.

No. 93–6205. AUSTIN v. LINAHAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–6223. DELK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–6228. TORRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6269. HARRIS, AKA JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6295. WASHINGTON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 93–6296. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6301. ZACK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6302. SCHRAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6303. WICKS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6307. DUNCAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6308. LECHUGA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6309. MORELAND v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6310. LINBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6313. THORNTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6314. MONTGOMERY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.